**Yupei (Claire) WANG, Appellant,**

v.

**WALMART STORES, INC., Appellee.**

No. 10–3080.

United States Court of Appeals, Eighth Circuit.

Submitted: June 21, 2011.

Filed: June 24, 2011.

---

1. The Honorable Karen E. Schreier, Chief Judge, United States District Court for the District of South Dakota.

Chia–Yu Chang, Chia–Yu Chang Law, P.C., New York, NY, for Appellant.

Yupei (Claire) Wang, Scotch Plains, NJ, pro se.

Kathlyn Graves, Mitchell & Williams, Little Rock, AR, for Appellee.

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Yupei Wang appeals an order of the District Court[1] dismissing her employment-discrimination action. After careful *de novo* review, *see Strand v. Diversified Collection Serv., Inc.*, 380 F.3d 316, 317 (8th Cir.2004), we affirm. Wang's choice-of-law arguments fail because she did not raise them before the District Court, *see St. Paul Fire & Marine Ins. Co. v. Compaq Computer Corp.*, 539 F.3d 809, 824 (8th Cir.2008), and we agree with the District Court that the Arkansas Civil Rights Act does not provide a cause of action for perceived disabilities, *see Faulkner v. Ark. Children's Hosp.*, 347 Ark. 941, 69 S.W.3d 393, 402 (2002).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Erin Setser, United States Magistrate Judge for the Western District of Arkansas.